519 A.2d 950

**Jean Baker WILLIAMS, Petitioner,**

v.

**Edward J. McCLAIN, M.D.**

Supreme Court of Pennsylvania.

Jan. 21, 1987.

## ORDER

PER CURIAM:

AND NOW, this 21st day of January, 1987, allocatur having been granted in this matter by Order dated December 27, 1985, at No. 478 W.D. Allocatur Dkt. 1985, 509 Pa. 199, 501 A.2d 635, the instant Petition for Allowance of Appeal is dismissed as moot.